**SAO**
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
MELISSA BARISHMAN, ESQ.
Nevada Bar No. 12935
E-mail: melissa@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM REALTY AND HOLDINGS, LLC, a Nevada limited liability company; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SPRING MOUNTAIN RANCH MASTER ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:15-cv-00802-LDG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo" or "the Bank"), by and through its attorney of record, Wayne Klomp, Esq. of the law firm Snell & Wilmer, LLP, and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through its attorney of record, Jacqueline A. Gilbert, Esq. of the law firm Howard Kim & Associates, to extend the deadline for SFR to file its responsive pleading to Wells Fargo's complaint to **June 9, 2015.**

///

- 1 -

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 27th day of May, 2015.               DATED this 27th day of May, 2015.

**HOWARD KIM & ASSOCIATES**                     **SNELL & WILMER, LLP**

*/s/ Jacqueline A. Gilbert*                      */s/ Wayne Klomp*_____
Diana S. Cline, Esq.                             Amy F. Sorenson, Esq.
Nevada Bar No. 10580                             Nevada Bar No. 12495
Jacqueline A. Gilbert, Esq.                      Andrew M. Jacobs, Esq.
Nevada Bar No. 10593                             Nevada Bar No. 12787
Melissa Barishman, Esq.                          Wayne Klomp, Esq.
Nevada Bar No. 12935                             Nevada Bar No. 10109
1055 Whitney Ranch Drive, Suite 110              50 West Liberty Street, Suite 510
Henderson, Nevada 89014                          Reno, Nevada 89501-1961
Phone: (702) 485-3300                            Phone: (775) 785-5440
Fax:   (702) 485-3301                            Fax:    (775) 785-5441
*Attorneys for SFR Investments Pool 1, LLC*      *Attorneys for Wells Fargo Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

Dated this ___ day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

*Respectfully submitted by:*

**HOWARD KIM & ASSOCIATES**

*/s/  Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada  89014
*Attorneys for SFR Investments Pool 1, LLC*