Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: asorenson@swlaw.com
       ajacobs@swlaw.com
       wklomp@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM REALTY AND HOLDINGS LLC, a Nevada limited-liability company; SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SPRING MOUNTAIN RANCH MASTER ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation;<br><br>Defendants. | Case No.: 2:15-cv-00802-LDG-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO SPRING MOUNTAIN RANCH MASTER ASSOCIATION'S MOTION TO DISMISS (DKT. #9)**<br><br>**(First Request)** |

It is hereby stipulated by and between Plaintiff, Wells Fargo Bank, N.A. ("Wells Fargo") through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant Spring Mountain Ranch Master Association ("Spring Mountain Ranch"), through its attorneys, Leach Johnson Song & Gruchow as follows:

Spring Mountain Ranch filed its Motion to Dismiss to Dismiss Complaint for Lack of

21835687

Case 2:15-cv-00802-LDG-CWH   Document 26   Filed 06/15/15   Page 2 of 2

Subject Matter Jurisdiction ("Motion to Dismiss") on May 26, 2015 (Docket #9). Wells Fargo intends to oppose this motion and has requested an extension from the current deadline of June 12, 2015. Wells Fargo and Spring Mountain Ranch stipulate and agree that Wells Fargo shall have until June 25, 2015, in which to file its opposition. This is the parties' first request for an extension of time to respond to the Motion to Dismiss and is not intended to cause any delay or prejudice to any party. Rather, the parties have agreed to the extension as an accommodation to Wells Fargo and as a professional courtesy.

Dated June 11, 2015.

| SNELL & WILMER L.L.P. | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| By:  /s/ Wayne Klomp  <br>Amy F. Sorenson (NV Bar No. 12495)<br>Andrew M. Jacobs (NV Bar No. 12787)<br>Wayne Klomp (NV Bar No. 10109)<br>50 West Liberty Street, Suite 510<br>Reno, Nevada  89501-1961<br>Telephone:  (775) 785-5440<br>Facsimile:  (775) 785-5441<br>*Attorneys for Plaintiff Wells Fargo Bank, N.A.* | By:  /s/ Chase Pittsenbarger  <br>Sean L. Anderson (NV Bar No. 7259)<br>T. Chase Pittsenbarger (NV Bar No. 13740)<br>8945 W. Russell Road, Suite #330<br>Las Vegas, Nevada  89148<br>Telephone:  (775) 538-9074<br>Facsimile:  (775) 538-9113<br>*Attorneys for Defendant Spring Mountain Ranch Master Association* |

**ORDER**

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE
LLOYD D. GEORGE
DATED  15  ~~June 2015~~ .

Respectfully submitted by:

SNELL & WILMER L.L.P.

     /s/ Wayne Klomp     
Wayne Klomp, Esq.
50 West Liberty Street, Suite 510
Reno, Nevada  89501-1961
Telephone:  (775) 785-5440
Facsimile:  (775) 785-5441
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

- 2 -

21835687