HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
KATHERINE C.S. CARSTENSEN, ESQ.
Nevada Bar No. 10656
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiff,<br>vs.<br><br>PLATINUM REALTY AND HOLDINGS LLC, a Nevada limited-liability company; SFR INVESTMENTS POOL1, LLC, a Nevada limited-liability company, SPRING MOUNTAIN RANCH MASTER ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation company;<br><br>Defendants. | Case No. 2:15-cv-00802-LDG-CWH<br><br>**ORDER GRANTING MOTION TO SERVE BARBARA J. FORFA BY PUBLICATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; BARBARA J. FORFA, an individual,<br><br>Counter-Defendant/Cross-Defendant. | |

SFR Investments Pool 1, LLC ("SFR") filed its Motion to Serve Barbara J. Forfa ("Forfa") by Publication ("Motion") on September 3, 2015 [Dkt. No. 34].

Upon review of the Motion and Affidavit of Due Diligence detailing SFR's unsuccessful attempts to locate and serve Forfa, the Court finds that: (1) a Complaint has been filed; (2) a

- 1 -

Summons directed to Forfa has been issued; (3) that Forfa is a necessary party that cannot be found so as to effectuate personal service; and (4) good cause exists for SFR to serve Forfa by publication under Federal Rule of Civil Procedure 4(e)(1) and Nevada Rule of Civil Procedure 4(e)(1).

IT IS HEREBY ORDERED that SFR's Motion to Serve Barbara J. Forfa by Publication is GRANTED.

IT IS FURTHER ORDERED that since Forfa cannot now be found so as to be personally served, Forfa may be served by publication of the Summons at least once a week for four (4) weeks in the Nevada Legal News, a newspaper of general circulation.

IT IS FURTHER ORDERED that publication of the Summons at least once a week for four (4) weeks in The Daily Transcript, a newspaper of general circulation in San Diego, California, is also necessary to give Forfa notice of these proceedings as it appears Forfa may currently reside there.

IT IS FURTHER ORDERED that a copy of the Summons and Complaint shall be mailed forthwith to Forfa, first class mail, postage prepaid, addressed to Forfa's last known address.

IT IS SO ORDERED.

DATED September 15, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:
**HOWARD KIM & ASSOCIATES**

/s/Diana S. Cline
Howard C. Kim, Esq.
Nevada Bar No. 10386
Diana S. Cline, Esq.
Nevada Bar No. 10580
Katherine C.S. Carstensen, Esq.
Nevada Bar No. 10656
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada  89014
*Attorneys for SFR Investments Pool 1, LLC*

**HOWARD KIM & ASSOCIATES**
1055 Whitney Ranch Drive, Suite 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301