UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | 2:15-cv-0802-LDG-CWH |
| Plaintiff, | ORDER |
| v. | |
| PLATINUM REALTY AND HOLDINGS LLC, et al., | |
| Defendants. | |

Read and considered, and for the reasons stated in plaintiff WELLS FARGO BANK, N.A.'s opposition to defendant Spring Mountain Ranch Master Association's motion to dismiss complaint for lack of subject matter jurisdiction,

THE COURT HEREBY ORDERS that defendant Spring Mountain Ranch Master Association's motion to dismiss complaint for lack of subject matter jurisdiction (#9) is DENIED.

DATED this 31 day of March, 2016.

_____
Lloyd D. George
United States District Judge