# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WELLS FARGO BANK, N.A.,

    Plaintiff,

v.

PLATINUM REALTY AND HOLDINGS LLC, *et al*.,

    Defendants.

and Related Counter-Claims

Case No. 2:15-cv-00802-LDG (CWH)

**ORDER**

    The parties have filed a stipulation to stay this litigation pending resolution of petitions for certiorari to the United States Supreme Court (ECF No. 75).  The Court has granted that stay.  Accordingly, to permit the Court to effectively manage its docket,

    THE COURT **ORDERS** that the pending Motions (ECF Nos. 41, 46, 63, and 67) are each administratively DENIED without prejudice.  After the stay is lifted, the parties may, by notice to this Court, reinstate their respective motions.

DATED this __10__ day of March, 2017.

_____
Lloyd D. George
United States District Judge