Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: asorenson@swlaw.com
        ajacobs@swlaw.com
        wklomp@swlaw.com
*Attorneys for Plaintiff and Counter-Defendant
Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association; | Case No.: 2:15-cv-00802-LDG-CWH |
| Plaintiff, | **JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER** |
| vs. | |
| PLATINUM REALTY AND HOLDINGS LLC, a Nevada limited-liability company; SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SPRING MOUNTAIN RANCH MASTER ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company, | |
| Counter-Claimant, | |
| vs. | |
| WELLS FARGO BANK, N.A., a national banking association; BARBARA J. FORFA, an individual, | |
| Counter-Defendant, Cross-Defendant. | |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA 89501
(775) 785-5440

Snell & Wilmer

L.L.P.

LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

1   Plaintiff/Counter-Defendant Wells Fargo Bank, N.A. ("Wells Fargo"),

2   Defendant/Counter-Claimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Spring

3   Mountain Ranch Master Association (the "HOA") (jointly the "Parties") by and through their

4   respective counsel submit this Joint Status Report and Proposed Scheduling Order pursuant to the

5   Court's Order to Stay Litigation (ECF No. 86) as follows:

6       1.      On May 9, 2018, this Court entered an order staying the litigation "pending the

7   final resolution of the proceedings before the Nevada Supreme Court concerning the certified

8   question." Order at ¶ 16 (ECF No. 86).

9       2.      The Nevada Supreme Court issued its decision on the certified question on August

10  2, 2018. *SFR Invs. Pool 1, LLC v. Bank of N.Y. Mellon*, 124 Nev. Adv. Op. 58 (Nev. Aug. 2,

11  2018).

12      3.      Additionally, the Court ordered the Parties to submit a joint status report and

13  renewed discovery plan and scheduling order following final resolution of the certified question

14  proceedings.

15      4.      The Parties acknowledge that discovery closed in this case prior to the stay being

16  entered, and that the only applicable deadline remaining is for filing of dispositive motions.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

4828-0283-5059

5.     The Parties request the Court issue an order lifting the stay and scheduling a deadline for filing dispositive motions 30 days from an order lifting the stay.

**IT IS SO STIPULATED.**

DATED this 19th day of September, 2018.

LEACH JOHNSON SONG & GRUCHOW

By:   */s/ T. Chase Pittsenbarger*
    Sean L. Anderson, Esq. (Bar No. 7259)
    T. Chase Pittsenbarger (Bar No. 13740)
    8945 W. Russell Road, Ste. 330
    Las Vegas, NV 89148
    Telephone: (702) 538-9074
    Facsimile: (702) 538-9113
    *Attorneys for Spring Mountain Ranch*
    *Master Association*

DATED this 19th day of September, 2018.

KIM GILBERT EBRON

By:   */s/ Diana S. Ebron*
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    7625 Dean Martin Drive, Suite 110
    Las Vegas, NV  89139
    Telephone: (702) 485-3300
    Facsimile: (702) 485-3301
    *Attorneys for SFR Investments Pool 1, LLC*

DATED this 19th day of September, 2018.

SNELL & WILMER L.L.P.

By:   */s/ Wayne Klomp*
    Amy F. Sorenson, Esq. (Bar No 12495)
    Andrew M. Jacobs, Esq. (Bar No. 12797)
    Wayne Klomp, Esq. (Bar No. 10109)
    50 West Liberty Street, Suite 510
    Reno, NV 89501-1961
    Telephone: (775) 785-5440
    Facsimile: (775) 785-5441
    *Attorneys for Wells Fargo Bank, N.A.*

IT IS ORDERED that the stay of litigation ordered by the court at ECF No. 86 is LIFTED.  IT IS FURTHER ORDERED that dispositive motions must be filed by October 22, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 21, 2018

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

- 3 -

4828-0283-5059

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2018, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Howard C. Kim, Esq.
Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
howard@kgelegal.com
diana@kgelegal.com
jackie@kgelegal.com
*Attorneys for SFR Investments Pool 1, LLC*

Sean L. Anderson, Esq.
T. Chase Pittsenbarger, Esq.
Leach Johnson Song & Gruchow
8945 W. Russell Road, Ste. 330
Las Vegas, NV 89148
sanderson@leachjohnson.com
*Attorneys for Spring Mountain Ranch Master Association*

DATED: September 19, 2018.

_____/s/ Lara J. Taylor_____
An Employee of Snell & Wilmer L.L.P.

- 4 -

4828-0283-5059