Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: asorenson@swlaw.com
       ajacobs@swlaw.com
       wklomp@swlaw.com
*Attorneys for Plaintiff and Counter-Defendant
Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association; <br><br> Plaintiff, <br><br> vs. <br><br> PLATINUM REALTY AND HOLDINGS LLC, a Nevada limited-liability company; SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SPRING MOUNTAIN RANCH MASTER ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; <br><br> Defendants. | Case No.: 2:15-cv-00802-LDG-CWH <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company, <br><br> Counter-Claimant, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., a national banking association; BARBARA J. FORFA, an individual, <br><br> Counter-Defendant, <br> Cross-Defendant. | |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

1    Plaintiff/Counter-Defendant Wells Fargo Bank, N.A. ("Wells Fargo"),

2    Defendant/Counter-Claimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Spring

3    Mountain Ranch Master Association (the "HOA" jointly with Wells Fargo and SFR the "Parties")

4    respectfully request the Court enter an order, pursuant to Local Rule IA 6-1, extending the

5    deadline for all Parties to file their replies in support of their Motions for Summary Judgment

6    (ECF Nos. 93, 94, 95 for the HOA, Wells Fargo, and SFR respectively). The current deadline for

7    all replies is scheduled for November 27, 2018, and has not expired. The Parties seek an

8    extension until **December 7, 2018**.

9    This is the Parties' first request to extend the deadlines for filing replies in support of their

10    respective Motions for Summary Judgment and is not made for any deleterious purposes or to

11    unnecessarily delay these proceedings. Rather, the Parties seek this extension in good faith for

12    the benefit of the Parties and their counsel due to the intervening Thanksgiving holiday and the

13    current briefing schedules.

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

Therefore, the Parties stipulate to extend the deadline for filing any replies in support of the Motions for Summary Judgment until December 7, 2018, and request the Court enter an order extending the deadline.

**IT IS SO STIPULATED.**

DATED this 20th day of November, 2018.

LEACH KERN GRUCHOW ANDERSON SONG

By:   _/s/ T. Chase Pittsenbarger_
      Sean L. Anderson, Esq. (Bar No. 7259)
      T. Chase Pittsenbarger (Bar No. 13740)
      8945 W. Russell Road, Ste. 330
      Las Vegas, NV 89148
      Telephone: (702) 538-9074
      Facsimile: (702) 538-9113
      *Attorneys for Spring Mountain Ranch*
      *Master Association*

DATED this 20th day of November, 2018.

SNELL & WILMER L.L.P.

By:   _/s/ Wayne Klomp_
      Amy F. Sorenson, Esq. (Bar No 12495)
      Andrew M. Jacobs, Esq. (Bar No. 12797)
      Wayne Klomp, Esq. (Bar No. 10109)
      50 West Liberty Street, Suite 510
      Reno, NV 89501-1961
      Telephone: (775) 785-5440
      Facsimile: (775) 785-5441
      *Attorneys for Wells Fargo Bank, N.A.*

DATED this 20th day of November, 2018.

KIM GILBERT EBRON

By:   _/s/ Diana S. Ebron_
      Diana S. Ebron, Esq.
      Nevada Bar No. 10580
      7625 Dean Martin Drive, Suite 110
      Las Vegas, NV 89139
      Telephone: (702) 485-3300
      Facsimile: (702) 485-3301
      *Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _26 Nov. 2018_

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

4849-3354-9184